**MAGISTRATE JUDGE ROBERT J. BRYAN**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL BACON, an individual,<br><br>                          Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.), INC, a foreign corporation and d/b/a DE WALT INDUSTRIAL TOOL CO, foreign corporation; JOHN DOES 1 -5, unknown.<br><br>                          Defendant. | No. 3:09-CV-05683-RJB<br><br>STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND ORDER<br><br>(Clerk's Action Required) |

WHEREAS the parties stipulate to continue trial and pre-trial dates because the plaintiff is still treating, is not fixed and stable, and is going to be undergoing two additional surgeries in the upcoming future for injuries sustained at the time of the accident; and

WHEREAS the parties are working together in good faith to address discovery issues as they arise; and

WHEREAS it has become evident that the parties' planned discovery will not be completed by the current discovery cut-off; and

WHEREAS the parties believe the discovery cut-off should be extended approximately three months and that the trial and other pre-trial dates should be continued accordingly;

---

*Bacon v. Black & Decker (U.S.), Inc., et al.*
*3:09-cv-05683-RJB*

STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND ORDER 1
C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesFFF692\Stipulation to continue trial date.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

1  NOW THEREFORE IT IS HEREBY STIPULATED, by and between the parties hereto
2  through their respective counsel, that trial, the pre-trial conference, the settlement conference,
3  mediation, the deadline for filing dispositive motions, the expert and supplemental expert
4  disclosure deadlines and the discovery cut-off should all be extended approximately three
5  months.

7  DATED: April 12, 2010

By:_____/s/ Terry E. Lumsden
   Terry E. Lumsden, WSBA # 5254
   Attorney for Plaintiff
   Law Offices of Terry E. Lumsden
   3517 6th Avenue, Suite 200
   Tacoma, Washington 98406
   Telephone:     (253) 537-4424
   Fax:           (253) 573-1744
   Email: telumsden@aol.com

DATED: April 12, 2010

By:          /s/ Duncan C. Turner
    Duncan C. Turner, WSBA#20597
    Attorney for Defendant
    Badgley-Mullins
    Columbia Center
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104
    Telephone: (206) 621-6566
    Fax: (206) 621-9686
    Email:duncanturner@badgleymullins.com

*Bacon v. Black & Decker (U.S.), Inc., et al.*
*3:09-cv-05683-RJB*

STIPULATION TO CONTINUE TRIAL AND PRE-
TRIAL DATES AND ORDER 2
C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesFFF692\Stipulation
to continue trial date.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744

**ORDER**

The parties having stipulated as hereinabove set forth and good cause appearing therefore;

IT IS HEREBY ORDERED, that the scheduling order be amended.

DATED: April 15th, 2010.

*(signature)*
ROBERT J. BRYAN
United States District Judge

*Bacon v. Black & Decker (U.S.), Inc., et al.*
*3:09-cv-05683-RJB*

STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DATES AND ORDER 3
C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesFFF692\Stipulation to continue trial date.doc

LAW OFFICES OF
**TERRY E. LUMSDEN**
3517 6TH AVENUE, #200
TACOMA, WASHINGTON 98406
TELEPHONE (253) 537-4424
FAX (253) 573-1744